UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

In re: JDH Ventures, Inc. EIN 26-4826747                     Case No. 09-11528-8-SWH
      754 W. Horne Road
      Roland, NC 28383                                    Chapter 7
           Debtor

## REPORT OF UNCLAIMED FUNDS

The undersigned Trustee respectfully reports and represents:

Pursuant to Rule 3011 of the Rules of Federal Procedure, below is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from the remaining property of the estate.

| Claim No. | Name and Last known address of Claimant | Amount of Dividend |
|---|---|---|
| 1 | Elan Financial Services as servicer for M & T Bank, P. O. Box 5229, Cincinnati, OH 45201 | 114.76 |
|  |  |  |

This the 29th day of March, 2011.

    S/Michael P. Peavey
    MICHAEL P. PEAVEY
    Chapter 7 Trustee
    State Bar No. 6330
    Post Office Box 1115
    Wilson, North Carolina 27894-1115
    Telephone:  (252) 291-8020

CERTIFICATE OF SERVICE

I, Michael P. Peavey of Post Office Box 1115, Wilson, North Carolina 27893; certify

THAT I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

THAT on the 29th day of March, 2011, I served a copy of the attached Report of Unclaimed Funds on those listed below at their respective addresses as set forth below, by depositing copies of the said Report in an envelope with adequate postage thereon addressed as set forth below, in a depository of the United States Postal Service:

    Marjorie K. Lynch
    Bankruptcy Administrator
    P.O. Box 3758
    Wilson, NC 27894

I certify under penalty of perjury that the foregoing is true and correct.

 S/Michael P. Peavey
MICHAEL P. PEAVEY
Chapter 7 Trustee
State Bar No. 6330
Post Office Box 1115
Wilson, North Carolina 27894-1115
Telephone:  (252) 291-8020